DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH E. THIRSTY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-567

[May 11, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 82-8307CF10A.

Kenneth E. Thirsty, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***